James M. BROTEN, a/k/a Jim Broten, Plaintiff—Appellant,

v.

CHARLESTON COUNTY DETENTION CENTER; J. Alton Cannon, Jr., Sheriff; Roland H. Windham, Jr., Charleston County Administrator; Chief Dep-

---

uty K.P. Novak, Chief Jailor; Officer CCDC Officer Forrester; Officer CCDC Officer Tipton; Unknown, CCDC Tag Team Officers; Unknown, CCDC Nurse Betty; John Does, unknown CCDC officers, Defendants—Appellees,

and

US Marshals; D. Lynes, a/k/a D. Lyons, Interim Chief United States Marshalls Service, Defendants.

No. 06–6331.

United States Court of Appeals, Fourth Circuit.

Submitted: July 20, 2006.

Decided: July 26, 2006.

James H. Broten, Appellant Pro Se. Eugene P. Corrigan, III, Michael J. Ferri, Grimball & Cabaniss, Charleston, South Carolina; Robert Holmes Hood, Hood Law Firm, Charleston, South Carolina; Robert Gerald Chambers, Jr., Ashley S. Heslop, Turner & Padgett, Charleston, South Carolina; Barbara Murcier Bowens, Office of the United States Attorney, Columbia, South Carolina, for Appellees.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James M. Broten appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Broten v. Charleston County Det. Ctr.*, No. 8:04–cv–01413–RBH, 2006 WL 361119 (D.S.C. Feb. 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*